UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-00473-SSS-DTBx | Date | January 21, 2025 |
|---|---|---|---|
| Title | Juan Marshall Rayford, et al. v. County of Los Angeles, et al. | | |

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DOE DEFENDANTS**

On March 1, 2024, Plaintiffs Juan Marshall Rayford and Dupree Antoine Glass filed their Complaint in which numerous Doe defendants are listed.  [*See* Dkt. 11, Complaint, at 5 ¶¶ 16].  As of the date of this order, there is no evidence in the record to show Plaintiff has timely served these defendants under Federal Rule of Civil Procedure 4(m).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the Doe defendants should not be dismissed for failure to name and serve a copy of the summons and Complaint on these defendants.  Plaintiff must respond in writing by **February 21, 2025.**  Failure to respond will result in a dismissal of the Doe Defendants under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey court orders.

**IT IS SO ORDERED.**